# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JOSEPH BURKE | ) | Case No. |
| | ) | 15-MJ-4375-DHH |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 9, 2015 and other times in the county of Suffolk and elsewhere in the District of Massachusetts, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC s. 1958 | Use of facilities of interstate commerce in commission of murder-for-hire |

This criminal complaint is based on these facts:

See attached Affidavit of Special Agent Benjamin A. Alvis

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Benjamin A. Alvis
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/09/2015

*Judge's signature*

City and state: Worcester, Massachusetts   U.S. Magistrate Judge David H. Hennessy
*Printed name and title*