JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                                   **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** ___II_____        **Investigating Agency** __FBI_____

**City**   Boston                     **Related Case Information:**

**County**   Suffolk                  Superseding Ind./ Inf. _____    Case No. _____
                                      Same Defendant _____    New Defendant _____
                                      Magistrate Judge Case Number   M.J. 15-4337-DHH _____
                                      Search Warrant Case Number    _____
                                      R 20/R 40 from District of    _____

**Defendant Information:**

Defendant Name   Joseph Burke                          Juvenile:        ☐ Yes  ☑ No

                 Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name       _____

Address          _(City & State)_ Everett, Massachusetts _____

Birth date (Yr only): 1963   SSN (last4#): 5472   Sex M   Race: W   Nationality: USA

**Defense Counsel if known:**   _____   Address _____

**Bar Number**   _____

**U.S. Attorney Information:**

**AUSA**   John Capin and Timothy Moran _____   Bar Number if applicable   _____

**Interpreter:**   ☐ Yes  ☑ No        List language and/or dialect:   _____

**Victims:**   ☐Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☐ No

**Matter to be SEALED:**   ☑ Yes   ☐ No

   ☑ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date**   _____

☐ Already in Federal Custody as of   _____ in   _____ .
☐ Already in State Custody at ─────────────── ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:   _____ on   _____

**Charging Document:**   ☑ Complaint        ☐ Information        ☐ Indictment

**Total # of Counts:**   ☐ Petty ──────── ☐ Misdemeanor ──────── ☑ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.**

Date:   October 9, 2015        Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   JOSEPH BURKE _____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC s. 1958 | Interstate Travel and Use of Facilities of Interstate Commerce in Commission of Murder-for-hire | |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____